AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| SANDRA RYBACKI,    Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CAROLYN COLVIN, *Acting Commissioner of the Social Security Administration,*    Defendant. | ) ) ) ) ) |

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:12-CV-478-D**

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED**  that the Consent Motion to Remand [D.E. 24] is GRANTED. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)3 and REMANDS the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 21, 2013,** WITH A COPY TO:

Daniel R. Lauffer  (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)


March 21, 2013          JULIE A. RICHARDS, Clerk
Date          Eastern District of North Carolina

         /s/Debby Sawyer
         (By) Deputy Clerk

Raleigh, North Carolina